# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

Mark Walker
v.
Park County Sheriff's Office, et al.

Case No. 21-1119

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for ____Mark Walker_____
Party or Parties
____Appellant_____, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✗ There are no such parties, or any such parties have heretofore been disclosed to the court.

__Robert Liechty_____     _____
Name of Counsel                                                                Name of Counsel

_s/____Robert Liechty_____     _____
Signature of Counsel                                                           Signature of Counsel

__1800 Gaylord St., Denver, CO 80206_____     _____
Mailing Address and Telephone Number                               Mailing Address and Telephone Number

___rliechty@crossliechty.com_____     _____
E-Mail Address                                                                   E-Mail Address


I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) _____4/20/21_____ via (state method of service) _____via e-mail_____.

to a_mcletchie@fsf-law.com, e_rolland@fsf-law.com, Cynthia.lowery-graber@bclplaw.com, tiffanie.stasiak@kutakrock.com, lisa.saccomano@kutakrock.com

_s/_____Robert Liechty_____
(Signature)

(*See* Fed. R. App. P. 25(b))

**A-5** Entry of Appearance Form 10/09