UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| MARK WALKER,<br><br>      Appellant,<br><br>v.<br><br>PARK COUNTY SHERIFF'S OFFICE, OFFICER LEIGH COCHRAN, DUMB FRIENDS LEAGUE HARMONY EQUINE CENTER, and BOBBI PRIESTLY,<br><br>      Appellees. | Case No. 21-1119 |

      In accordance with 10th Cir. R. 46.1, Tiffanie D. Stasiak and Lisa M. Saccomano of KUTAK ROCK LLP hereby appear as counsel for Dumb Friends League Harmony Equine Center and Bobbi Priestly, Appellees, in the subject case.

      Further, in accordance with 10th Cir. R. 46.1, the undersigned certify as follows:

☒    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐    There are no such parties, or any such parties have already been disclosed to the court.

Dated this 20th of April, 2021

        KUTAK ROCK LLP

        By*:*

        *s/ Tiffanie D. Stasiak*
        Tiffanie D. Stasiak, No. 21535

        and

        *s/ Lisa M. Saccomano*
        Lisa M. Saccomano, No. 45105

        1801 California Street
        Suite 3000
        Denver, CO  80202-2652
        (303) 297-2400 (Telephone)
        (303) 292-7799 (Facsimile)
        tiffanie.stasiak@kutakrock.com
        lisa.saccomano@kutakrock.com

*Attorneys for Appellees Dumb Friends League Equine Center and Bobbi Priestly*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2021, a true and correct copy of the foregoing was, unless otherwise indicated, filed electronically with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following who provides notice to the following:


Robert M. Liechty
ROBERT M. LIECHTY PC
1800 Gaylord Street
Denver, CO 80205
rliechty@crossliechty.com
Attorney for Appellant

Andrew R. McLetchie
Eden R. Rolland
FOWLER, SCHIMBERG, FLANAGAN & MCLETCHIE, P.C.
350 Indiana St., Suite 850
Golden, CO 80401
a_mcletchie@fsf-law.com
e_rolland@fsf-law.com
Attorneys for Park County Sheriff's Office
and Officer Leigh Cochran


      *s/ Lisa M. Saccomano*
      Lisa M. Saccomano

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MARK WALKER,<br><br>      Appellant,<br><br>v.<br><br>PARK COUNTY SHERIFF'S OFFICE, OFFICER LEIGH COCHRAN, DUMB FRIENDS LEAGUE HARMONY EQUINE CENTER, and BOBBI PRIESTLY,<br><br>      Appellees. | Case No. 21-1119 |

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

The Denver Dumb Friends League
2080 S Quebec Street
Denver, CO 80231

Cynthia Dawn Lowery-Graber
Polsinelli PC
1401 Lawrence Street
Suite 2300
Denver, CO 80202

Matthew Kakuang Sidran
Fowler Schimberg Flanagan & McLetchie, P.C.
350 Indiana Street
Suite 850
Golden, CO 80401

5

4837-0728-8806.1