CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

**HOPE ECKERT**
CIRCUIT MEDIATOR

April 23, 2021

Robert M. Liechty, Esq.
Law Office of Robert M. Liechty
5105 DTC Parkway, Suite 475
Greenwood Village, CO  80111

Andrew R. McLetchie, Esq.
Fowler, Schimberg, Flanagan & McLetchie
350 Indiana Street, Suite 850
Golden, CO  80401

Tiffanie Stasiak, Esq.
Kutak Rock
1801 California Street, Suite 3000
Denver, CO  80202

RE:  No. 21-1119 – Mark Walker v. Park County Sheriff's Office, et al.

### MEDIATION CONFERENCE NOTICE

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **TELEPHONE** mediation conference has been scheduled in this case on **Monday, May 10, 2021 at 9:00 AM**, **MOUNTAIN TIME**. This office will initiate the telephone conference. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorney with primary responsibility for this case. Our goal, however, is to secure the participation of the attorney on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice.**

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator