**CIRCUIT MEDIATION OFFICE**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | |
|---|---|
| **DAVID W. AEMMER**<br>CHIEF CIRCUIT MEDIATOR<br><br>**HOPE ECKERT**<br>CIRCUIT MEDIATOR | TELEPHONE 303-844-6017<br>FACSIMILE 303-844-6437 |

May 10, 2021

Robert M. Liechty, Esq.
Law Office of Robert M. Liechty
5105 DTC Parkway, Suite 475
Greenwood Village, CO  80111

Andrew R. McLetchie, Esq.
Fowler, Schimberg, Flanagan & McLetchie
350 Indiana Street, Suite 850
Golden, CO  80401

Tiffanie Stasiak, Esq.
Kutak Rock
1801 California Street, Suite 3000
Denver, CO  80202

RE:  No. 21-1119 – Mark Walker v. Park County Sheriff's Office, et al.

Dear Counsel:

      Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **June 18, 2021**.

Sincerely,

Hope Eckert

HE