Appellate Case No. 21-1119

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

MARK WALKER

    Plaintiff-Appellant,

v.

PARK COUNTY SHERIFF'S OFFICE,
DEPUTY LEIGH COCHRAN,
DUMB FRIENDS LEAGUE HARMONY EQUINE CENTER, and
BOBBI PREISTLY,

    Defendants-Appellees.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF BY PARK COUNTY SHERIFF'S OFFICE AND DEPUTY LEIGH COCHRAN

---

The Park County Sheriff's Office and Deputy Leigh Cochran ("Appellees"), by and through their counsel Andrew R. McLetchie and Eden R. Rolland of Fowler, Schimberg, Flanagan & McLetchie, P.C., respectfully submit this Motion for an Extension of Time to File their Appellee Brief, in accordance with Fed. R. App. P. 27 and 10th Cir. R. 27.6, and in support, state as follows:

    1.    Appellees' Brief is due July 19, 2021.

    2.    Undersigned counsel for Appellees, Eden Rolland, telephoned counsel

for Appellant, Robert Liechty, and conferred regarding the requested extension of time. This Motion is unopposed.

  3. This is Appellees' first request for an extension of time for filing their Appellee Brief. No prior such motions have been filed.

  4. Appellees respectfully request an extension of time in which to file their Appellee Brief of **14 days**, up to and through **August 2, 2021**. The reasons for the requested extension are as follows:

    a. The undersigned, Eden Rolland, had an unexpected and emergent family medical issue occur on Saturday July 10, 2021, which required immediate attention and caused the undersigned to be out of the office on Monday July 12, 2021. The undersigned will need to be out of the office for an uncertain number of days next week (July 19-23, 2021) to further attend to this issue. Prior to that, Ms. Rolland has been engaged in meeting several previously scheduled discovery and pleading deadlines in other matters, to include in *Lieberenz v. Board of County Commissioners, et al.*, Case No. 21-CV-00628 in the United States District Court; *Vette v. Sanders*, 18-CV-01987-KMT in the United States District Court; appellate briefing in *Enderson v. Bell*, Case No. 2021SC424 in the Colorado Supreme Court; as well as working on Appellees' Brief in the instant appeal. Ms. Rolland is serving as the principal drafter of Appellees' Brief.

    b. Additionally, due to the scheduling demands arising from other previously scheduled cases and obligations, lead counsel Andrew R. McLetchie has been unavailable to prepare Appellees' Brief. Over the past several weeks, Mr. McLetchie has been engaged in litigation activities and deadlines in multiple other matters, including litigating a brain injury trial June 14-18, 2021, in Colorado state district court, *Higgins v. MWG Constructors*, Case No. 2020CV30919; an arbitration in a complex multi-party construction matter; preparing for and attending depositions in an employment dispute currently pending in United States District Court, *Jackson v. Board of County Commissioners*, Case No. 20-CV-02441-LTB; and attending to the daily business and communications required in other cases. Additionally, Mr. McLetchie is out of the office July 19-23, 2021 on a previously scheduled vacation.

    c. The undersigned attorneys are of a small-sized law firm, and no other attorneys are currently available to prepare Appellees' Brief in this matter.

    d. For the above-cited reasons, additional time is needed in which to prepare and file Appellees' Brief.

    e. Therefore, these Appellees respectfully request a **14-day** extension of time, up to and through **August 2, 2021**, in which to file their Brief in this matter.

**DATED** this 16th day of July, 2021.

    Respectfully Submitted,

    */s/ Eden R. Rolland*
    Andrew R. McLetchie, Atty. No. 34035
    Eden R. Rolland, Atty. No. 48877
    Fowler, Schimberg, Flanagan & McLetchie, P.C.
    350 Indiana Street, Suite 850
    Golden, Colorado  80401
    Telephone: 303-298-8603
    Fax: 303-298-8748
    A_McLetchie@fsf-law.com
    E_Rolland@fsf-law.com

    *Attorneys for Park County Sheriff's Office and Deputy Leigh Cochran*

## CERTIFICATE OF REDACTION

I certify that the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF BY PARK COUNTY SHERIFF'S OFFICE AND DEPUTY LEIGH COCHRAN** complies with the privacy redaction requirements of Fed. R. App. P. 25(5), 10th Cir. R. 25.5, and Fed. R. Civ. P. 5.2.

*/s/ Eden Rolland*
Eden Rolland

## CERTIFICATE OF SCANNING FOR VIRUSES

I certify that the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF BY PARK COUNTY SHERIFF'S OFFICE AND DEPUTY LEIGH COCHRAN** was scanned for viruses with the most recent version of a commercial virus scanning program, Malwerebytes, Inc. (version 4.1.0, last update 05/29/2020), and is free of viruses.

*/s/ Sylvia Osiecka*
Sylvia Osiecka

## CERTIFICATE OF SERVICE

I certify that on this 16th day of July, 2021, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF BY PARK COUNTY SHERIFF'S OFFICE AND DEPUTY LEIGH COCHRAN** with the Clerk of the 10th Circuit Court of Appeals using the CM/ECF system, which will serve the foregoing upon all counsel of record.

*/s/ Sylvia Osiecka*
Sylvia Osiecka