UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

MARK WALKER,

    Plaintiff-Appellant,

vs.

PARK COUNTY SHERIFF'S OFFICE,
DEPUTY LEIGH COCHRAN,
DUMB FRIENDS LEAGUE HARMONY EQUINE CENTER, and
BOBBI PRIESTLEY,

    Defendants-Appellees.

Case No. 21-1119

**UNOPPOSED MOTION FOR TWO-WEEK EXTENSION TO FILE REPLY**

    Plaintiff-Appellant Mark Walker, by his attorney Robert M. Liechty, moves pursuant to Rule 27 and 10th Circuit Rule 27.5 for a two-week extension to file his reply to the Harmony Appellees' response brief as follows:

    The reply to the Harmony Appellees' response is due August 2, 2021. The County Appellees just received an extension to file their response on or before August 2. Thus, instead of Mr. Walker being able to simultaneously file his two reply briefs, he is now scheduled to file the

Harmony reply on August 2 and the County reply on August 16. Mr. Walker requests an extension to file his Harmony reply on August 16.

The Harmony Appellees have no objection to this extension and Mr. Walker has filed no such prior request for extension.

Appellant's counsel was in New York for a one-week wedding of his godson and returned to Denver the afternoon of July 14. He then worked on the Litzsinger reply brief (10th Circuit Case No. 21-1106), which reply is due July 30. He has depositions on July 27, 28, and 30. He is a solo practitioner.

The short extension merely aligns the briefing and does not delay any proceeding.

WHEREFORE, Mr. Walker respectfully requests that this court grant him a two-week extension to file his Harmony reply brief on or before August 16, 2021.

Respectfully submitted this July 27, 2021.

By:   s/   *Robert M. Liechty*
Robert M. Liechty
ROBERT M LIECHTY PC
1800 Gaylord St.
Denver, Colorado 80206
Tel: (303) 861-5300
Fax: (303) 861-2746
Email:  rliechty@crossliechty.com
ATTORNEY FOR APPELLANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this July 27, 2021, a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR TWO-WEEK EXTENSION TO FILE REPLY** was, unless otherwise indicated, filed electronically with the Court who provides notice to the following:

Tiffanie D. Stasiak
Lisa M. Saccomano
KUTAK ROCK LLP
1801 California St., #3000
Denver, CO 80202-2652
Attorneys for Colorado Humane Society and Bobbi Priestley

Andrew R. McLetchie
Eden R. Rolland
FOWLER, SCHIMBERG, FLANAGAN & MCLETCHIE, P.C.
350 Indiana St., Suite 850
Golden, CO 80401
Attorneys for Park County Sheriff's Office and Leigh Cochran

*Signed original in Office of Robert M Liechty PC*


s/   *Robert M. Liechty*
Robert M. Liechty

3