FILED
United States Court of Appeals
Tenth Circuit

July 29, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

MARK WALKER,

    Plaintiff - Appellant,

v.

PARK COUNTY SHERIFF'S OFFICE, et al.,

    Defendants - Appellees.

No. 21-1119
(D.C. No. 1:20-CV-00364-PAB-NY)
(D. Colo.)

---

**ORDER**

---

    This matter is before the court *sua sponte* for case management purposes. On July 27, 2021, the court granted appellant Mark Walker's *Unopposed Motion for Two-Week Extension to File Reply*, in which Mr. Walker requested a "two-week extension to file his reply to the Harmony Appellees' response brief." However, the County Appellees have not yet filed their response brief and, even though multiple response briefs will be filed in this case, Mr. Walker may file only one reply, which cannot exceed 15 pages or 6,500 words, see Fed. R. App. P. 31(a)(1), 32(a)(7)(B)(ii); 10th Cir. R. 31.3(A).

    Accordingly, upon further consideration, the court:

1.     Vacates its July 27, 2021 order as entered in error;

2.     Vacates the August 16, 2021 deadline the July 27, 2021 order set for Mr. Walker's optional reply brief; and

3. Instead denies Mr. Walker's motion for an extension of time as unnecessary.

The County Appellees' response brief remains due on August 2, 2021. The court will set the due date for Mr. Walker's optional reply brief upon receipt and review of the County Appellees' brief. Once the due date is set, Mr. Walker will have 21 days to file a single reply brief collectively addressing arguments any one or more of the appellees make in their response briefs. *See* Fed. R. App. P. 31(a)(1).

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Lisa A. Lee
           Counsel to the Clerk