UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MARK WALKER,<br><br>    Appellant,<br><br>v.<br><br>PARK COUNTY SHERIFF'S OFFICE, OFFICER LEIGH COCHRAN, DUMB FRIENDS LEAGUE HARMONY EQUINE CENTER, and BOBBI PRIESTLY,<br><br>    Appellees. | Case No. 21-1119 |

**APPELLEES DUMB FRIENDS LEAGUE HARMONY EQUINE CENTER'S AND BOBBI PRIESTLY'S ITEMIZED AND VERIFIED BILL OF COSTS**

Counsel for Appellees Dumb Friends League Harmony Equine Center ("Harmony") and Bobbi Priestly ("Agent Priestly") respectfully submits, pursuant to FED. R. APP. P. 39(c), the following bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against Appellant Mark Walker and in favor of Harmony and Agent Priestly for insertion in the mandate.

I, Lisa M. Saccomano, being first duly sworn, say that the following costs were incurred by Harmony and Agent Priestly on appeal:

| Description of Costs | Amount |
|---|---|
| Costs of printing Appellant's briefs and appendix | $48.80 |
| Costs for obtaining electronic appellate court documents | $5.10 |
| **TOTAL** | **$53.90** |

Respectfully submitted this 9th day of March, 2022.

         KUTAK ROCK LLP

         By: *[signature]*

         Lisa M. Saccomano, No. 45105
         Tiffanie D. Stasiak, No. 21535
         1801 California Street
         Suite 3000
         Denver, CO 80202-2652
         (303) 297-2400 (Telephone)
         (303) 292-7799 (Facsimile)
         tiffanie.stasiak@kutakrock.com
         lisa.saccomano@kutakrock.com

         *Attorneys for Appellees Dumb Friends League Harmony Equine Center and Bobbi Priestly*

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss. |
| COUNTY OF DENVER | ) |

Sworn and subscribed to before me this 9th day of March, 2022 by Lisa M. Saccomano.

BECKY FRANSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19974015663
MY COMMISSION EXPIRES FEBRUARY 22, 2026

*[signature]*
Notary Public

My Commission expires: 2/22/2026

2

4861-4972-6482.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2022, a true and correct copy of the foregoing was, unless otherwise indicated, filed electronically with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following who provides notice to the following:

Robert M. Liechty
ROBERT M. LIECHTY PC
1800 Gaylord Street
Denver, CO 80205
rliechty@crossliechty.com
Attorney for Appellant

Andrew R. McLetchie
Eden R. Rolland
FOWLER, SCHIMBERG, FLANAGAN & MCLETCHIE, P.C.
350 Indiana St., Suite 850
Golden, CO 80401
a_mcletchie@fsf-law.com
e_rolland@fsf-law.com
Attorneys for Park County Sheriff's Office
and Officer Leigh Cochran

*s/ Lisa M. Saccomano*
Lisa M. Saccomano

4861-4972-6482.1