**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

**March 30, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

---

No. 21-1119
Walker v. Park County Sheriff's Office
(D.C. No. 1:20-CV-00364-PAB-NY)

---

### STATEMENT OF COSTS

The following itemized costs are certified in the captioned case in favor of appellee and against appellant.  *See* Fed. R. App. P. 39. Per Fed. R. App. P. 39(d)(3), this statement of costs becomes effective the date the mandate issues. If the mandate has issued already, the statement acts as a supplement to that mandate.

**PRINTING EXPENSE:**

   Appellant's Briefs and Appendix     $     48.80

**OTHER COSTS:**

   Cost for obtaining electronic appellate court documents     $     5.10

    $     0.00

    $     0.00

    $     0.00

   **GRAND TOTAL, STATEMENT OF COSTS**     $     53.90

It is requested that these costs be added to the mandate in accordance with the provisions of Rule 39 of the Federal Rules of Appellate Procedure.

Entered for the Court,

Christopher M. Wolpert
Clerk of the Court