UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

March 30, 2022

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**     21-1119, Walker v. Park County Sheriff's Office, et al
            Dist/Ag docket: 1:20-CV-00364-PAB-NY

Dear Clerk:

Please be advised that a statement of costs for this case issued today. It supplements the previously-issued mandate of this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Robert M. Liechty
        Andrew R. McLetchie
        Eden R. Rolland
        Lisa Saccomano
        Matthew Kakuang Sidran
        Tiffanie Stasiak

CMW/jjh